Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| JANET LEGGE, | ) Case No.  2:08-CV-02559-WBS-KJM |
| Plaintiff, | ) |
| vs. | ) |
| NCO FINANCIAL SYSTEMS, INC, | ) STIPULATION TO VACATE |
| Defendant. | ) JUDGMENT AND DISMISS |
| | ) ACTION WITH PREJUDICE |

Plaintiff, JANET LEGGE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about October 27, 2008.  JANET LEGGE accepted NCO's Offer of Judgment on December 12, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

1

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.


Dated:  2/18/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                   /s/ Albert R. Limberg
                                   Albert R. Limberg
                                   Attorney for Defendant
                                   NCO Financial Systems, Inc.



Dated: 2/18/09                     KROHN & MOSS

                                   /s/ Ryan Lee
                                   Ryan Lee
                                   Attorney for Plaintiff
                                   Karissa Cunningham


IT IS SO ORDERED:
Dated:   February 20, 2009


                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE